IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

| | |
|---|---|
| VENITA BURNS,<br>           Plaintiff,<br><br>v.<br><br>AMERICAN UNITED LIFE INS. CO.,<br>           Defendant. | CASE NO.: 3:05-cv-00466-DRH-CJP |

## **ORDER**

This matter is before the Court on defendant's Request to Stay the January 6, 2006 deadline for compliance with the Order on the Motion to Compel (Doc. 42).  Defendant requests that the Court stay the January 6, 2006 deadline for compliance with the Order, while the Court considers defendant's Request for Appeal of the Orders on plaintiff's Motion to Compel (42) and defendant's Motion for Protective Order (Doc. 43).

It is hereby ORDERED that the defendant's Request to Stay **GRANTED**.  The January 6, 2006 deadline for complying with the Order on the Motion to Compel (Doc. 42) is hereby stayed pending this Court's ruling on Defendant's Request for Appeal.

Dated: December 30, 2005

/s/                David RHerndon
UNITED STATES DISTRICT JUDGE